**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**IN RE:**

**CASE NO.: 8:18-BK-10602-MGW**

**Kaydeon Melesia Tenn-Samuda,**                                **Chapter 13**

_____**Debtor**_____/

**MOTION TO DETERMINE SECURED STATUS OF**
**UNITED CONSUMER FINANCIAL SERVICES (RAINBOW CLEANING SYSTEM)**
**AND TO STRIP LIEN**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service, plus an additional three (3) days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 North Florida Avenue, Suite 555, Tampa, FL 33602 and serve a copy on the movant's attorney, Elayne M. Conrique, at 746 N. Magnolia Avenue, Orlando, FL 32803 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW**, Debtor, Kaydeon Melesia Tenn-Samuda (the "Debtor") by and through his undersigned counsel, and files this Motion to Determine Secured Status of United Consumer Financial Services (Rainbow Cleaning System) (hereinafter "Creditor"), and to Strip Lien and states as follows:

1. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on December 11, 2018.

2. Creditor filed claim 1-1 referencing a purchase money security interest and claiming entitlement to $2,719.51 on January 9, 2019.

3. The Debtor owns real property (the "Real Property") located at <u>600 Bridgeford Crossing Blvd., Davenport, FL 33837</u>, and more particularly described as follows:

**Lot 100, of BRIDGEFORD CROSSING, according to the plat thereof, as recorded in Plat Book 140, at Page(s) 10-11, inclusive, of the Public Records of Polk County, Florida.**

**Parcel Identification Number: 27-27-04-725005-001000**

4. The Real Property is encumbered by two (2) mortgages, one (1) Homeowners' Association Claim of Lien, and one (1) purchase money security interest lien:

(a) The Money Source, Inc., account number XXXX 203B, holds a mortgage recorded on April 2, 2015 at Instrument #2015058470 Book 9491 and Pages 0315 - 0323, of the official records of Polk County, Florida in the amount of $188,443.00;

(b) Secretary of Housing and Urban Development, account number XXXX 203B, holds a mortgage recorded on December 8, 2017; at instrument #2017236419 Book 10336 and Pages 0327 - 0330, of the official records of Polk County, Florida in the amount of $54,709.34;

(c) Bridgeford Crossing Homeowners' Association, Inc., no account number provided, holds a claim of lien recorded on October 17, 2017; at instrument #2017198464 Book 10288 and Page 2052, of the official records of Polk County, Florida in the amount of $3,119.05; and

(d) United Consumer Financial Services holds a purchase money security interest in the amount of $2,719.51.

5. Based on Polk County property appraiser website attached hereto as Exhibit 1, the value of the Real Property is $171,491.

6. The undersigned attorney seeks reasonable attorney fee of $300.00.

7. Accordingly, United Consumer Financial Service's lien is completely unsecured.

**WHEREFORE**, Debtor respectfully request this Court enter an order: (a) granting the Motion; (b) determining the value of the Real Property to be $171,491; (c) determining that United Consumer Financial Service's claim filed or to be filed shall be treated as an unsecured claim; (d) voiding the purchase money security interest lien of United Consumer Financial Services; (e) awarding a reasonable attorneys' fee; and (f) granting such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a on this 10th day of January, 2019, a true and correct copy of the foregoing has been sent by either electronic transmission or regular and certified mail to: Kelly Remick, Chapter 13 Trustee, P.O. Box 6099, Sun City, FL 33571, to Debtor, Kaydeon Tenn Samuda at ksamuda1@aol.com and by United States mail, postage prepaid, and to Rita Torres of Bass & Asociates, P.C., Attorney for Creditor, at 3936 E. Ft. Lowell, Suite #200, Tucson, AZ 85712 and Corporation Creations Network, Inc., registered agent for Creditor, at 11380 Prosperity Farms Road, #221E, Palm Beach Gardens, FL 33410.

Respectfully submitted,

**/s/Elayne M. Conrique, Esq.**
Elayne M. Conrique, Esquire
Florida Bar No. 581151
Perez Conrique Law
746 N. Magnolia Ave.
Orlando, Florida 32803
Telephone: (407) 545-4400
Facsimile: (407) 545-4401
service@perezconrique.com
*Attorney for Debtor*

Skip to main content

Home Page » Return To Search Results

## Parcel Details: 27-27-04-725005-001000

 TAX EST     PRT CALC     PRC     HTML PRC     TRIM    HTML TRIM     TAX BILL

### Owners

TENN SAMUDA KAYDEON M    100%

### Mailing Address

| | |
|---|---|
| Address 1 | **600 BRIDGEFORD CROSSING BLVD** |
| Address 2 | |
| Address 3 | **DAVENPORT FL 33837-7536** |

### Site Address

| | |
|---|---|
| Address 1 | **600 BRIDGEFORD CROSSING BLVD** |
| Address 2 | |
| City | **DAVENPORT** |
| State | **FL** |
| Zip Code | **33837** |

### Parcel Information

| | |
|---|---|
| Neighborhood | **130030.00** <br> Show Recent Sales in this Neighborhood |
| Subdivision | **BRIDGEFORD CROSSING** |
| Property (DOR) Use Code | **SFR up to 2.49 AC** **(Code: 0100)** |
| Acreage | **0.15** |
| Taxing District | **DAVENPORT/SWFWMD (Code: 90430)** |
| Community Redevelopment Area | **NOT IN CRA** |

### Property Desc

**DISCLAIMER:** This property description is a condensed version of the original legal description recorded in the public records. It does not include the section, township, range, or the county where the property is located. It is a description of the ownership boundaries only and does not include easements or other interests of record. The property description should not be used when conveying property. The Property Appraiser assumes no responsibility for the consequences of inappropriate uses or interpretations of the property description. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation.

BRIDGEFORD CROSSING PB 140 PG 10-11 LOT 100

### Area Map



### Recorded Plat

Visit the Polk County Clerk of Courts website to view the Recorded Plat for this parcel

Note: Some plats are not yet available on the Clerk's website. The site contains images of plats recorded on 01/05/1973 (beginning with book 058 Page 020) or later. For information on Plats recorded before 01/05/1973 (Book 058 Page 019 or less) please contact the Polk County Clerk's Office.

### Mapping Worksheets (plats) for

To receive a mapping worksheet, please email the Polk County Property Appraiser Help Desk (pahelpdesk@polk-county.net).

## Sales History

**Important Notice:** If you wish to obtain a copy of a deed for this parcel, click on the blue OR Book/Page number. Doing so will cause you to leave the Property Appraiser's website and access the Polk County Clerk of the Circuit Court's Official Records Search. Click here for a list of the system requirements that the Clerk's office deems necessary in order to view the deed. Once the document opens, click the printer icon to print the document. If you have any issues opening the document once you have met all the listed system requirements, please contact the Clerk's office at (863)534-4000 and ask to speak to an IT staff member. If the Book/Page number does not have a blue link to Official Records, the deed may not be available through the online records of the Clerk of the Circuit Court. In order to obtain a copy of the deed you will need to contact the Clerk of the Circuit Court Indexing Department at 863-534-4516. If the Type Inst is an "R", the document is not available through the Clerk of the Circuit Court's Official Records Search. Please contact the Property Appraiser to order "R" type instruments.

| OR Book/Page | Date | Type Inst | Vacant/Improved | Grantee | Sales Price |
|---|---|---|---|---|---|
| 09491/00313 | 03/2015 | W | I | TENN SAMUDA KAYDEON M | $192,000 |
| 09254/02075 | 05/2014 | W | V | RYLAND GROUP INC | $1,344,000 |
| 08878/00531 | 02/2013 | W | V | HANOVER BRIDGEFORD CROSSING LLC | $1,831,500 |
| 08757/00743 | 09/2012 | W | V | GLOBAL REAL ESTATE TRADING LP | $999,000 |
| 08264/01365 | 11/2010 | C | V | REDUS FLORIDA HOUSING LLC | $0 |
| 08250/01465 | 11/2010 | CT | V | REDUS FLORIDA HOUSING LLC | $100 |
| 6381/0277 | 08/2005 | W | I | LIFEWAY HOMES LLC | $300,000 |
| 4680/0672 | 04/2001 | W | I | MILLNER RICHARD | $87,000 |
| 2664/1853 | 08/1988 | W | I | | $85,000 |
| 2258/2221 | 07/1984 | W | E | | $70,000 |
| 2255/1543 | 07/1984 | W | E | | $70,000 |

## Exemptions

**Note:** The drop down menus below provide information on the amount of exemption applied to each taxing district. The HX—first $25,000 homestead exemption may be allocated to one or more owners. The HB –second $25,000 amended homestead exemption reflects the name of the first owner only.

| Code | Bld. # | Description | % Ownership | Renew Cd | Year | Name | Note | Value |
|---|---|---|---|---|---|---|---|---|
| ⊞ HX | | HX-HOMESTEAD-FS196.031(1)(A)-01-26 | 100% | | 2016 | TENN SAMUDA KAYDEON M | | $25,000 |
| ⊞ HB | | AMENDED HOMESTEAD | 100% | | 2016 | TENN SAMUDA KAYDEON M | | $25,000 |

**Total Exemption Value (County)**  $50,000

If you have a Senior Exemption(Additional Homestead Exemption for Persons 65 and Older): For the 2018 tax year, the allowable total household adjusted gross income received during 2017 could not exceed $29,454. If your total household adjusted gross income exceeded this limit, YOU MUST NOTIFY THIS OFFICE. Receiving no notification from the qualified senior will be considered a sworn statement, under penalty of perjury, that the income does not exceed the limit. Improperly claiming any exemption could result in a lien against your property. If you would like to receive a notice of renewal electronically, please send us an email at paoffice@polk-county.net with your name, property address, and confirmation of your request.

## Buildings

### BUILDING 1 (SF - Single Family)

#### Building Characteristics                                600 BRIDGEFORD CROSSING BLVD

**Total Under Roof:** 2,780 sqft
**Living Area (as originally constructed):** 1,870 sqft
**Actual Year Built:** 2015

**Effective Year:** 2015

**Building BAS Note:** The base area (living area or square foot living area) of a building is the originally designed building footprint / plan of the cooled and heated area of the building. In most cases, a base area will remain constant throughout the life of the building. A base area can be converted to a subarea (Example: A portion of the base is "cut-out" and used as a garage or porch); It is not, however, standard appraisal practice to convert a subarea to a base area unless there was an error when initially entering the data.



| Element | Units | Information |
|---|---|---|
| STYLE | | SINGLE FAMILY |
| UNITS | | 1 UNIT |
| STORY HEIGHT INFO ONLY | | 1 Story for info only |
| SUBSTRUCT | | Continuous Wall |
| FRAME / CONST TYPE | | MASONRY |
| EXTERIOR WALL | | STUCCO |
| ROOF STRUCTURE | | HIP-SHINGLE |
| Room: Bedroom | 3 | |
| Room: Full Bath | 2 | |
| Room: Half Bath | 0 | |
| Fireplace | N | |
| Cntrl Heating / AC | Y | |

## Building Subareas

**Building Sub Area Note:** A sub area is an individual component of a building that may or may not be cooled/heated. The percent in a subarea description is the percent of the base rate applied to the value of the sub area. (Example: UGR UNFINISHED GARAGE 50% indicates this sub area is valued at 50% of the base area rate); If a sub area changes over time, the contributory value may also change.

| Code | Description | Heated | Total |
|---|---|---|---|
| BAS | BASE AREA | Y | 1,870 |
| UOP | UOP UNFIN. OPEN PORCH 30% | | 420 |
| UGR | UGR UNFINISHED GARAGE 50% | | 420 |
| FOP | FOP FINISHED OPEN PORCH 40% | | 70 |

**Total Under Roof**    2,780 ft$^2$

**Total Living Area**    1,870 ft$^2$

## PERMITS

The Polk County Property Appraiser's Office does not issue or maintain permits. Please contact the appropriate permit issuing agency to obtain information. This property is located in the **DAVENPORT/SWFWMD** taxing district. The beginning of the description indicates permit agency (UNINCORP is an abbreviation for Unincorporated **POLK COUNTY**).

## Land Lines

| LN | Land Dscr | Ag/GreenBelt | Land Unit Type | Front | Depth | Units |
|---|---|---|---|---|---|---|
| 1 | * Residential | N | U | 0 | 0 | 1.00 |

* For Zoning/Future Land Use contact Polk County or the Municipality the parcel is located in.

**NOTICE:** All information ABOVE this notice is current (as of Tuesday, January 08, 2019 at 2:12:00 AM). All information BELOW this notice is from the 2018 Tax Roll, except where otherwise noted.

## Value Summary (2018)

| Desc | Value |
|---|---|
| Land Value | $36,000 |
| Building Value | $135,491 |
| Misc. Items Value | $0 |
| Land Classified Value | $0 |
| Just Market Value | $171,491 |
| *Cap Differential and Portability | $3,993 |
| Agriculture Classification | $0 |
| Assessed Value | $167,498 |
| Exempt Value (County) | $50,000 |
| Taxable Value (County) | $117,498 |

*This property contains a Homestead Cap with a differential of $3,993.

## Values by District (2018)

| District Description | Final Tax Rate | Assessed Value | Final Assessed Taxes | Exemption | Final Tax Savings | Taxable Value | Final Taxes |
|---|---|---|---|---|---|---|---|
| BOARD OF COUNTY COMMISSIONERS | 7.156500 | $167,498 | $1,198.70 | $50,000 | $357.83 | $117,498 | $840.87 |
| POLK COUNTY SCHOOL BOARD - STATE | 4.003000 | $167,498 | $670.49 | $25,000 | $100.08 | $142,498 | $570.42 |
| POLK COUNTY SCHOOL BOARD - LOCAL | 2.248000 | $167,498 | $376.54 | $25,000 | $56.20 | $142,498 | $320.34 |
| CITY OF DAVENPORT | 7.500000 | $167,498 | $1,256.24 | $50,000 | $375.00 | $117,498 | $881.24 |
| SOUTHWEST FLA WATER MGMT DIST | 0.295500 | $167,498 | $49.50 | $50,000 | $14.78 | $117,498 | $34.72 |
| | | Assessed Taxes: | $3,551.47 | Tax Savings: | $903.89 | Total Taxes: | $2,647.59 |

## Taxes

| Desc | Last Year | 2018 Final |
|---|---|---|
| Taxing District | DAVENPORT/SWFWMD (Code: 90430) | DAVENPORT/SWFWMD (Code: 90430) |
| Millage Rate | 21.1086 | 21.2030 |
| Ad Valorem Assessments | $2,570.35 | $2,647.59 |
| Non-Ad Valorem Assessments | $0.00 | $0.00 |
| **Total Taxes** | **$2,570.35** | **$2,647.59** |

**Your final tax bill may contain Non-Ad Valorem assessments which may not be reflected on this page, such as assessments for roads, drainage, garbage, fire, lighting, water, sewer, or other governmental services and facilities which may be levied by your county, city or any other special district.  Visit the Polk County Tax Collector's site for Tax Bill information related to this account.  Use the Property Tax Estimator to estimate taxes for this account.**

## Prior Year Final Values

The Final Tax Roll is the 1st certification of the tax rolls by the Value Adjustment Board, per Florida Statute 193.122(2), F.S. This is the date all taxable property and tax rolls are certified for collection to the Tax Collector. Corrections made after this date are not reflected in the Final Tax Roll Values.

**2017**

| | |
|---|---:|
| Land Value | $34,000.00 |
| Building Value | $133,853.00 |
| Misc. Items Value | $0.00 |
| Just Value (Market) | $167,853.00 |
| SOH Deferred Val | $3,800.00 |
| Assessed Value | $164,053.00 |
| Exempt Value (County) | $50,000.00 |
| Taxable Value (County) | $114,053.00 |

**2016**

| | |
|---|---:|
| Land Value | $34,000.00 |
| Building Value | $126,679.00 |
| Misc. Items Value | $0.00 |
| Just Value (Market) | $160,679.00 |
| SOH Deferred Val | $0.00 |
| Assessed Value | $160,679.00 |
| Exempt Value (County) | $50,000.00 |
| Taxable Value (County) | $110,679.00 |

**2015**

| | |
|---|---:|
| Land Value | $25,500.00 |
| Building Value | $0.00 |
| Misc. Items Value | $0.00 |
| Just Value (Market) | $25,500.00 |
| SOH Deferred Val | $0.00 |
| Assessed Value | $25,500.00 |
| Exempt Value (County) | $0.00 |
| Taxable Value (County) | $25,500.00 |

**2014**

| | |
|---|---:|
| Land Value | $12,675.00 |
| Building Value | $0.00 |
| Misc. Items Value | $0.00 |
| Just Value (Market) | $12,675.00 |
| SOH Deferred Val | $0.00 |
| Assessed Value | $12,675.00 |
| Exempt Value (County) | $0.00 |
| Taxable Value (County) | $12,675.00 |

**DISCLAIMER:**
The Polk County Property Appraiser makes every effort to produce and publish the most current and accurate information possible. The PCPA assumes no responsibility for errors in the information and does not guarantee that the data are free from errors or inaccuracies. Similarly the PCPA assumes no responsibility for the consequences of inappropriate uses or interpretations of the data. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of the search facility indicates understanding and acceptance of this statement by the user.

Last Updated: Tuesday, January 08, 2019 at 2:12:00 AM