**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                    Case No. 8:18-bk-10602-MGW
                                                                                          Chapter 13
KAYDEON MELESIA TENN-SEMUDA

        Debtor.[1]
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION AND**
**OBJECTION CONCERNING CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time and objects to confirmation based on the following:

    1.    The Trustee requests the following additional documents to determine if the Debtor has dedicated all disposable income to the Plan and/or met the best interest of creditors test: Proof of exemption for tax refund.

    2.    The Plan does not appear to meet the best interest of creditor's test pursuant to 11 U.S.C. §1325(a)(4) because it appears the Plan does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

    3.    An Amended Plan must be filed because the Plan is unclear as to the treatment of all creditors.

    4.    The Trustee reserves the right to request further information or raise further objections prior to or at the confirmation hearing.

    I HEREBY CERTIFY that a true and correct copy of the Trustee's Unfavorable Recommendation and Objection Concerning Confirmation of the Plan was furnished electronically and/or by First Class U.S. Mail to KAYDEON M. TENN-SAMUDA, 600

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

Bridgeford Crossings Blvd, Davenport, FL 33837; ELAYNE M. CONRIQUE, 746 North Magnolia Avenue, Orlando, FL 32803; and the U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 4th day of February, 2019.

   /s/ William C. Harrison, Esquire
WILLIAM C. HARRISON., ESQUIRE
Post Office Box 6099
Sun City Centre, Florida 33571-6099
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0896731
Attorney for the Trustee

KR/tem