**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                                    **Case No.8:18-BK-10602-MGW**
                                                                                        **Chapter 13**

**Kaydeon Tenn-Samuda**
_____**Debtor /**

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case will be held on April 22, 2019 at 1:35 p.m. in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 to consider and act upon the following and transact such other business that may come before the court:

Re: **Motion to Determine Secured Status of United Consumer Financial Services and to Strip Lien [12]**

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

*** NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS ***
In accordance with Local Rule 9070−1, all exhibits must be pre−marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within thirty (30) days after an order or judgment concluding this matter has been entered, including the entry of an order determining any post−judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30−day limit set herein.

DATED on March 19, 2019.

Ref:    701.01                                                                                    1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of this document is being served upon interested parties on March 19, 2019, as follows: Kelly Remick, Trustee, via electronic transmission and via regular mail to Rita Torres of Bass & Asociates, P.C., Attorney for United Consumer Financial Services, at 3936 E. Ft. Lowell, Suite #200, Tucson, AZ 85712; Corporation Creations Network, Inc., registered agent for United Consumer Financial Services, at 11380 Prosperity Farms Road, #221E, Palm Beach Gardens, FL 33410; and Kaydeon Tenn-Samuda, Debtor, at 600 Bridgeford Crossing Blvd, Davenport, FL 33837.

      Respectfully submitted,

/s/Elayne M. Conrique
Elayne M.Conrique
Florida Bar No. 581151
Attorney for Debtor(s)
Perez Conrique Law
746 N. Magnolia Ave.
Orlando, Florida 32803
Telephone:  (407) 545-4400
Facsimile:   (407) 545-4401
service@perezconrique.com